U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB - 3 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT WAYNE WALLACE | CIVIL ACTION NO. 14-cv-3034 |
| VERSUS | JUDGE STAGG |
| OVERTON BROOKS VA | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** because of a lack of subject-matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 3rd day of February, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE